JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EPIFANIO TAPIAS,

        Plaintiff,

        v.

HUNG QUOC NGUYEN,

        Defendant.

)
)
)
)
)
)
)
)
)

Case No. CV 26-4511 FMO (MBKx)

**JUDGMENT**

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of June, 2026.

                            /s/
                      Fernando M. Olguin
                United States District Judge